**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| DAVID G. ROJOHN, | * | |
| | * | NO. 4:09-cv-00249-HDV-RAW |
| Plaintiff, | * | |
| vs. | * | |
| | * | |
| MANATT'S INC., | * | REPORT AND RECOMMENDATION |
| | * | FOR DISMISSAL AND AWARD OF |
| Defendant. | * | FEES AND COSTS |

This matter comes before the Court on Defendant's unresisted Motion for Sanctions (Clerk's No. 20). Plaintiff failed to attend his properly-noticed deposition on October 20, 2009. Plaintiff has also failed to respond to written discovery, as ordered on October 2, 2009 (Clerk's No. 12).

On November 4, 2009, Plaintiff was given notice that this case would be dismissed and Defendant's request for fees and costs would be granted, unless he could show good cause for failure to make discovery by November 16, 2009 (Clerk's No. 21).

Pursuant to Fed. R. Civ. P. 37, IT IS ORDERED that Plaintiff shall pay Defendant the amount of $2,109.50 for fees and costs associated with the Motion for Sanctions due to Plaintiff's failure to respond to discovery and failure to attend his deposition.

IT IS RESPECTFULLY RECOMMENDED, that pursuant to Fed. Rls. Civ. P. 16, 26 and 37, this case be dismissed for failure to participate in discovery and lack of prosecution.

IT IS ORDERED that the parties have until **November 30, 2009**, to file written objections pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained. *Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990); *Wade for Robinson v. Callahan*,

976 F. Supp. 1269, 1276 (E.D. Mo. 1997). The Court will freely grant such extensions. Any objections filed must identify the specific portion of the Report and Recommendation and relevant portions of the record to which the objections are made and must set forth the basis for such objections. *See* Fed. R. Civ. P. 72; *Thompson*, 897 F.2d at 357. Failure to timely file objections may constitute a waiver of a party's right to appeal questions of fact. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Griffini v. Mitchell*, 31 F.3d 690, 692 (8th Cir. 1994); *Halpin v. Shalala*, 999 F.2d 342, 345 & n.1, 346 (8th Cir. 1993); *Thompson*, 897 F.2d at 357.

IT IS SO ORDERED.

Dated this 19th day of November, 2009.

_____
CELESTE F. BREMER
UNITED STATES MAGISTRATE JUDGE